**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS W. PRATT,

            Petitioner,

    v.

ORNOSKI, Warden,

            Respondent.

                                 /

No. C 05-3503 PJH (PR)

**DENIAL OF PETITIONER'S
MOTION FOR APPOINTMENT
OF COUNSEL**

    The pro se petitioner in this habeas case has moved for appointment of counsel.

    The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

    Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel. The motion for appointment of counsel (document number 16 on the docket) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May <u>29</u>, 2007.

                                                     PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.05\PRATT503.ATY